OPINIONS PER CURIAM, ETC., FROM OCTOBER 8
TO DECEMBER 24, 1906.

No. —, Original. *Ex parte:* IN THE MATTER OF THE SENECA
NATION ET AL., PETITIONERS. Submitted October 9, 1906.
Decided October 15, 1906. *Per Curiam.* Motion for leave
to file petition for a writ of mandamus denied. *Mr. Chester
Howe* for petitioners. *Mr. W. H. Robeson, Mr. J. J. Hemp-
hill, Mr. A. B. Browne* and *Mr. Alexander Britton* for respond-
ents. *Mr. Assistant Attorney General Van Orsdel* for the United
States.

No. 297. FRANK D. ZELL, PLAINTIFF IN ERROR, *v.* THE
JUDGES OF THE CIRCUIT COURT OF THE UNITED STATES FOR
THE EASTERN DISTRICT OF VIRGINIA. In error to the United
States Circuit Court of Appeals for the Fourth Circuit. Mo-
tions to dismiss or affirm, etc., submitted May 21, 1906. De-
cided October 15, 1906. *Per Curiam.* Order affirmed with
costs. *Mr. Charles L. Frailey, Mr. Reynolds D. Brown, Mr.
Malcolm Lloyd, Jr., Mr. A. S. Worthington* and *Mr. Charles
H. Burr* for plaintiff in error. *Mr. D. Lawrence Groner, Mr.
Tazewell Taylor* and *Mr. Hampton L. Carson* for defendants
in error.